

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: 518-776-2578

March 1, 2022

VIA CM/ECF
Hon. Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re: *Lilkendey v. SONY et al.*
Northern District of New York
21-CV-1355 (GTS)(DJS)

Dear Judge Stewart:

Please accept this letter as a notice of appearance by the State of New York, the New York State Senate, the Joint Commission on Public Ethics, Senator Shelley Mayer, Senator Andrea Stewart-Cousins, Alejandra Paulino, Shontell Smith, Seth Agata and Dawn Harrington by and through the undersigned. In order to fully investigate the complaint and representational issues, the above defendants respectfully request that their time to respond to the complaint be extended to May 6, 2022.

Thank you for your consideration of this matter.

Respectfully,

*s/ Christopher J. Hummel*
Christopher J. Hummel
Assistant Attorney General
Bar Roll No. 519343

cc: VIA CM/ECF
Julia Grace Lilkendey
Plaintiff Pro Se
211 Consaul Road
Colonie, NY 12205