

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: 518-776-2578

May 2, 2022

VIA CM/ECF
Hon. Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re: *Lilkendey v. SONY et al.*
Northern District of New York
21-CV-1355 (GTS)(DJS)

Dear Judge Stewart:

Defendants respectfully request an extension of time to May 27, 2022 to respond to the complaint in this matter. This extension is requested to permit this office to fully investigate the allegations and complaints asserted in the complaint, and to permit defendants to file a single unified response to the complaint.

Thank you for your consideration of this matter.

Respectfully,

s/ *Christopher J. Hummel*

Christopher J. Hummel
Assistant Attorney General
Bar Roll No. 519343

cc: VIA CM/ECF
Julia Grace Lilkendey
Plaintiff *pro se*
211 Consaul Road
Colonie, NY 12205